Argued and submitted February 27, reversed March 20, 1991

## STATE OF OREGON,
*Respondent,*

*v.*

## RICHARD ALLEN BECCARIA,
*Appellant.*

(CF 90-105; CA A65906)

806 P2d 1181

Sally L. Avera, Public Defender, argued the cause for appellant. With her on the brief was J. Marvin Kuhn, Chief Deputy Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his convictions on two counts of sodomy in the first degree. He assigns error to the denial of his motion to dismiss the charges for failure of the state to bring him to trial within 90 days after it received notice from him requesting a speedy trial. ORS 135.763.

The state concedes that this case is controlled by *State v. Gilliland,* 90 Or App 477, 752 P2d 1255 (1988), and that defendant's motion to dismiss should have been granted.

Reversed.